



## MEMORANDUM OPINION

No. 04-11-00174-CR

Raymond Reyna **RICONDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 295334
Honorable Scott Roberts, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  June 22, 2011

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

The motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).


PER CURIAM

DO NOT PUBLISH